IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| LOUIS VUITTON MALLETIER § § Plaintiff § § v. § § EISENHAUER ROAD FLEA MARKET, § INC., BRUCE L. GORE, and § PATRICIA D. WALKER § § Defendants § § | No. SA-11-CA-124 |

FILED
SEP 30 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On this day came on to be considered the above-styled and numbered cause. The record reflects that attorney Charles W. Hanor of San Antonio, Texas, previously entered an appearance as counsel of record for the Defendants. On September 14, 2011, the Defendants filed a motion for substitution of counsel. The Court finds that the Plaintiff has not objected, and that the following orders should be entered.

IT IS ORDERED that the Defendants motion for substitution of counsel (Docket No. 34) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that attorney David C. Snell be, and he is hereby, substituted as counsel of record for the Defendants.

SIGNED AND ENTERED this 29th day of September, 2011.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE