IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER | § § § | |
| Plaintiff | § § | |
| v. | § § | No. SA-11-CA-124 |
| EISENHAUER ROAD FLEA MARKET, INC., BRUCE L. GORE, and PATRICIA D. WALKER | § § § § | |
| Defendants | § § § | |

### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On this day came on to be considered the above-styled and numbered cause. The record reflects that attorney David C. "Clay" Snell of San Antonio, Texas, previously entered an appearance as counsel of record for the Defendants. On October 21, 2011, the Defendants filed a motion for substitution of counsel. The Court finds that the Plaintiff has not objected, and that the following orders should be entered.

IT IS ORDERED that the Defendants' motion for substitution of counsel (Docket No. 36) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that attorneys Ted D. Lee and Jason E. McKinnie be, and they are hereby, substituted as counsel of record for the Defendants.

SIGNED AND ENTERED this 24th day of October, 2011.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE