IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER § § Plaintiff § § v. § § EISENHAUER ROAD FLEA MARKET, § INC., et al. § § Defendants § § | | No. SA-11-CA-124 |

### JUDGMENT

On January 9, 2012, came on for trial the above-styled and numbered cause. Plaintiff Louis Vuitton Malletier appeared by and through its counsel of record. Defendant Eisenhauer Road Flea Market, Inc. appeared by and through its counsel of record, and Defendants Bruce L. Gore and Patricia D. Walker appeared both in person and by counsel. A jury was duly impaneled and sworn, and the Plaintiff proceeded to present its evidence. When the Plaintiff rested its case in chief, the Defendants moved for judgment as a matter of law. The Court denied the motion and the Defendants proceeded to present their evidence. After the close of all the evidence, the arguments of counsel, and the charge of the Court, the jury retired to deliberate. On January 12, 2012, the jury returned a unanimous verdict, answering the special interrogatories in favor of the Plaintiff. The Court received the

verdict, and ordered it filed, and hereby renders judgment in accordance with the verdict of the jury.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff Louis Vuitton Malletier do have and recover of and from the Defendants Eisenhauer Road Flea Market, Inc., Bruce L. Gore, and Patricia D. Walker, jointly and severally, the sum of Three Million Six Hundred Thousand Dollars ($3,600,000.00) in compensatory damages together with interest thereon at the rate of 0.12 percent per annum from the date of judgment until paid, for all of which let execution issue.

Based upon the verdict of the jury, the Court finds that Plaintiff Louis Vuitton Malletier is also entitled to a judgment permanently enjoining the Defendants and each of them from further acts of contributory trademark infringement.

IT IS THEREFORE FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants Eisenhauer Road Flea Market, Inc., Bruce L. Gore, and Patricia D. Walker, their employees, agents, servants, successors, transferees, and assigns, and all those acting in concert with them, be, and they are hereby, PERMANENTLY ENJOINED from:

1. Leasing space to tenants whom the Defendants know, have reason to know, or have been presented with credible evidence that, are selling, offering for sale, or distributing products bearing counterfeits of any of the

          Plaintiff's federally registered trademarks;

2. Manufacturing, selling, offering for sale, or distributing products bearing counterfeits of any Louis Vuitton trademark; and

3. Engaging in any conduct which contributes, directly or indirectly to the counterfeiting of any Louis Vuitton trademark by a tenant or lessee of the Eisenhauer Road Flea Market.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Defendants or their agents conduct periodic inspections of the booths maintained by tenants of the Eisenhauer Road Flea Market for the purpose of determining whether any tenant is selling, offering for sale, or distributing products bearing counterfeits of any of the Louis Vuitton trademarks. If such activity is detected on the part of any tenant, or if Louis Vuitton presents the Defendants with credible evidence that a tenant is selling, offering for sale, or distributing products bearing counterfeits of the Louis Vuitton trademarks, the Defendants shall promptly terminate the lease of that tenant.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all future lease agreements shall expressly prohibit the sale of items bearing counterfeits of any of Louis Vuitton trademarks.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Defendants shall post warning signs at each entrance to the market and outside the leasing office warning the lessees and the public that tenants are not authorized or licensed to sell Louis Vuitton merchandise, and that the sale of counterfeit Louis Vuitton merchandise may be a criminal offense.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Louis Vuitton, its agents, investigators, or representatives shall be permitted to conduct unannounced random inspections during normal business hours to search for the sale and display of items bearing counterfeits of Louis Vuitton trademarks.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court retains continuing jurisdiction to enforce all provisions of this judgment as it applies to all parties herein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Defendants pay the costs of suit herein incurred, for which let execution issue.

SIGNED AND ENTERED this 31st day of January, 2012.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE