# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 12-50448

5:11-cv-124-H

**FILED**

AUG 17 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

LOUIS VUITTON MALLETIER,

　　Plaintiff - Appellee

v.

EISENHAUER ROAD FLEA MARKET, INCORPORATED; PATRICIA D. WALKER; BRUCE L. GORE,

　　Defendants - Appellants

Appeal from the United States District Court for the
Western District of Texas, San Antonio

CLERK'S OFFICE:

　　Under FED. R. APP. P. 42(b), the appeal is dismissed as of August 08, 2012, pursuant to appellant's motion.

　　　　　　　　　　　　　　　　LYLE W. CAYCE
　　　　　　　　　　　　　　　　Clerk of the United States Court
　　　　　　　　　　　　　　　　of Appeals for the Fifth Circuit

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Steve A. Totora, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT