UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, § | |
|     Plaintiff, § | |
| v. § | Case No. 5:11-cv-00124-HLH |
| § | |
| EISENHAUER ROAD FLEA MARKET, § | |
| INC., BRUCE L. GORE and PATRICIA D. § | |
| WALKER, § | |
|     Defendants. § | |

## SATISFACTION OF JUDGMENT

Louis Vuitton Malletier hereby provides notice that the monetary portion of the January 31, 2012 Judgment [D.E. 110] (the "Judgment") has been fully satisfied.

The injunctive/non-monetary portions of the Judgment continue to remain in effect.

Dated:  April 12, 2018

Respectfully submitted,

/s/ Charles B. Walker, Jr.
Charles B. Walker, Jr.
State Bar No. 00794808
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney
Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
Email: charles.walker@nortonrosefulbright.com
    - and –
Harry R. Schafer (FL Bar # 508667, *Pro hac vice*)
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100 – Four Seasons Tower
Miami, Florida 33131
Telephone:  (305) 373-1000
Facsimile:  (305) 372-1861
Email: hrs@knpa.com
*Counsel for Plaintiff Louis Vuitton*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 12, 2018, I electronically filed the above and foregoing document with the Clerk of the Court using CM/ECF filing system, and that a true and correct copy of the above and the foregoing document was duly served upon all parties through their counsel of record identified, and in the manner specified, as follows:

David C. "Clay" Snell, Esq. (Via CM-ECF)
BAYNE, SNELL & KRAUSE
8626 Tesoro Drive, Suite 500
San Antonio, Texas 78217
*Attorney for Defendants*

Ted Lee, Esq. (Via CM-ECF)
GUNN, LEE & CAVE, P.C.
300 Convent, Suite 1080
San Antonio, Texas 78205
*Attorney for Defendants*

Harry R. Schafer (Via CM-ECF)
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100 – Four Seasons Tower
Miami, Florida 33131
*Co-Counsel for Plaintiff Louis Vuitton*

/s/ Charles B. Walker, Jr.
Charles B. Walker, Jr.